1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID B. KURTZ,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>                Defendant. | CASE NO. 11-cv-05403 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation and this matter is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

(2)    The Clerk is directed to enter **JUDGMENT** for defendant and the case should be closed, and

//

//

//

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1 | The Clerk is directed to send copies of this Order to counsel of record.

2 | Dated this 17th day of December, 2012.

*/s/ Ronald B. Leighton*

Ronald B. Leighton
United States District Judge