1

2

3

4

5

6

7                            UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
8                                      AT TACOMA

9    DAVID B. KURTZ,

10                        Plaintiff,                CASE NO. 11-cv-05403 RBL

11           v.                                     ORDER ADOPTING REPORT AND
                                                    RECOMMENDATION
12   MICHAEL J. ASTRUE, Commissioner of
     the Social Security Administration,
13
                          Defendant.
14

15          The Court, having reviewed the Report and Recommendation of Judge J. Richard

16   Creatura, United States Magistrate Judge, does hereby find and ORDER:

17          (1)     The Court adopts the Report and Recommendation and this matter is

18                  **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

19          (2)     The Clerk is directed to enter **JUDGMENT** for defendant and the case should be

20                  closed, and

21          //

22          //

23          //

24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1   The Clerk is directed to send copies of this Order to counsel of record.

2   Dated this 17th day of December, 2012.

3

4   _____
    Ronald B. Leighton
5   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2